IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TIMOTHY T. JOHNSON,

  Plaintiff,

v.              CIVIL ACTION NO.: CV209-071

STATE OF GEORGIA; GLYNN
COUNTY SUPERIOR COURT; and
Police Officer STACEY YOUNG,

  Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. In his objections, Plaintiff continues to make assertions that are more properly pursued in a habeas petition rather than in a section 1983 cause of action. Plaintiff's objections are without merit and the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 25 day of August, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE